■ DONNA M. COLUZZI, Respondent, v MARTIN W. KORN, Appellant. (Appeal No. 2.) [624 NYS2d 984] —Appeal unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Siragusa, J.—Set Aside Verdict.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.